Eric D. Houser, SBN 130079
Jason K. Boss, SBN 228147
HOUSER & ALLISON, APC
9970 Research Drive
Irvine, California 92618
Phone: (949) 679-1111
Fax: (949) 679-1112
Email: jboss@houser-law.com

Attorneys for Defendants Lakeview Loan Servicing, LLC and Cenlar FSB, erroneously sued as "Cenlar Agency, Inc."

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DEANNA M. HAYES an individual,<br><br>        Plaintiff,<br>v.<br><br>CENLAR AGENCY, INC.; LAKEVIEW LOAN SERVICING, LLC; and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. 2:17-CV-00185-KJM-CMK<br><br>Honorable Kimberly J. Mueller<br>Magistrate Judge Craig M. Kellison<br><br>**STIPULATION RE. FILING OF AMENDED COMPLAINT AND RESPONSIVE PLEADING TO COMPLAINT; ORDER**<br><br>**Case Removed On January 27, 2017** |

**TO THE CLERK OF THE ABOVE COURT AND TO ALL INTERESTED PARTIES HEREIN:**

Defendants LAKEVIEW LOAN SERVICING, LLC ("Lakeview") and CENLAR FSB, erroneously sued as "Cenlar Agency, Inc." ("Cenlar") (collectively "Defendants") have been named in an initial Complaint filed by Plaintiff DEANNA M. HAYES ("Plaintiff"), which Defendants removed to this Court on January 27, 2017.

The Parties previously stipulated to extend the deadline by which Defendants were to respond to the Complaint to March 3, 2017 (ECF Doc. #5) which was granted by this Court (ECF Doc. #6).

In compliance with paragraph 4 of this Court's Standing Order (ECF Doc. #2-1), the Parties' undersigned counsel have met and conferred as to the current operative Complaint, the

initial Complaint filed by Plaintiff in this action.  In compliance with the Court's Standing Order, Plaintiff's counsel has carefully evaluated Defendants' contentions as to the deficiencies in the Complaint and believes and maintains that Plaintiff can cure the alleged defects in an amended complaint.  Defendants, through their counsel, has agreed to permit Plaintiff an opportunity to amend the complaint, thus avoiding the need for Defendants' anticipated motion to dismiss.

As a result,

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and through their undersigned counsel of record in this action, without waiving or limiting their rights, as follows:

1. Plaintiff will amend the Complaint by no later than March 13, 2017.

2. In amending the Complaint, Plaintiff will not add any additional and/or new causes of action to the four (4) causes of action presently alleged in the Complaint.  The causes of action will remain the same in an amended complaint.

3. Defendants do not need to file a response to the current complaint.  Instead, their response to the forthcoming Amended Complaint will be due within twenty (20) days of service of the Amended Complaint.

Dated: February 28, 2017      **HOUSER & ALLISON, APC**

/s/  Jason K. Boss
Jason K. Boss
Attorneys for Defendants Lakeview Loan Servicing, LLC and Cenlar FSB, erroneously sued as "Cenlar Agency, Inc."

Dated: February 28, 2017      **KETTNER LAW CORPORATION**

/s/  Marc Applbaum (as approved on 2/28/17)
Marc Applbaum
Attorneys for Plaintiff Deanna M. Hayes

**IT IS SO ORDERED.**

Dated:  March 6, 2017

_____
UNITED STATES DISTRICT JUDGE